**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 98-3209M |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Victor Manuel Rodriguez, ) | |
| Defendant. ) | |

Pursuant to the foregoing the Government's Motion to Dismiss (docket #2) and good cause appearing,

**IT IS HEREBY ORDERED dismissing** the Complaint in this case without prejudice and **quashing** any outstanding warrants.

DATED this 20th day of September, 2007.

Lawrence O. Anderson
United States Magistrate Judge